UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

APRIL D. FREEMAN,

       Plaintiff,                                Case No.1:07-cv-536

v.                                         Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 28, 2008, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that plaintiff's Motion for Remand (Dkt. No. 10) is **GRANTED** in part for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that the Commissioner's decision is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) for evaluation of plaintiff's treatment for pelvic pain, specifically the evidence regarding the urodynamic studies performed in November 2006, the results of those studies, and limitations identified by the physical therapist.

Dated:  May 14, 2008                                               /s/Janet T. Neff
                                                                         JANET T. NEFF
                                                                         UNITED STATES DISTRICT JUDGE