UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

APRIL FREEMAN,

        Plaintiff,                                Case No. 1:07-cv-536

v.                                                       Hon. Janet T. Neff

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 6, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Attorney Feed and Costs under the Equal Access to Justice Act (Dkt. 21) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated: December 1, 2008                                          /s/Janet T. Neff
                                                                                 JANET T. NEFF
                                                                                 UNITED STATES DISTRICT JUDGE