UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| APRIL FREEMAN,<br>    Plaintiff, | )<br>)<br>) | CASE NUMBER 1:07-cv-536 |
| v. | )<br>) | HON. JANET T. NEFF<br>UNITED STATES DISTRICT JUDGE |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Defendant.<br>_____/ | )<br>)<br>)<br>)<br>) | HON. HUGH W. BRENNEMAN, JR.<br>UNITED STATES MAGISTRATE JUDGE |

**ORDER GRANTING DEFENDANT'S MOTION TO
REINSTATE CIVIL ACTION NO. 1:07-CV-536 AND
FOR ENTRY OF FINAL JUDGMENT**

The Court having reviewed the Defendant's Motion To Reinstate Case No. 1:07-cv-536 and For Entry of Final Judgment, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Defendant's Motion To Reinstate Case No. 1:07-cv-536 and For Entry of Final Judgment is granted.

DATED: June 15, 2009

/s/ Hugh W. Brenneman, Jr.
HON. HUGH W. BRENNEMAN, JR.
U.S. MAGISTRATE JUDGE