UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL FREEMAN,

      Plaintiff,                    Case No: 1:07-cv-536

v                                HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt. 33) of the Magistrate Judge, filed November 20, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees and costs under EAJA (Dkt. 24) and plaintiff's petition for attorney fees pursuant to § 406(b) (Dkt. 32) are DENIED, without prejudice.

Dated: December 10, 2009                /s/Janet T. Neff
                                               JANET T. NEFF
                                               UNITED STATES DISTRICT JUDGE