UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL D. FREEMAN,

      Plaintiff,                                                    Case No. 1:07-cv-536

v.                                                                         Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 37), filed September 17, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Petition for Attorney Fees and Costs (Dkt. 35) is GRANTED in part and DENIED in part for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that defendant is directed to pay plaintiff's counsel attorney's fees in the amount of $4,130.00. The remainder of the retainage is payable to the claimant.

Dated: October 5, 2010                                              /s/Janet T. Neff
                                                                    JANET T. NEFF
                                                                    UNITED STATES DISTRICT JUDGE